IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEON D. PENDLETON,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 16-cv-00136-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY **ORDERED AND ADJUDGED** that petitioner Keon D. Pendleton's amended motion (Doc. 8) to vacate, set aside or correct her sentence pursuant to 28 U.S.C. § 2255 is **denied** and that judgment is entered in favor of respondent **United States of America** and against petitioner **Keon D. Pendleton**, and that this case is dismissed with prejudice.

**DATED:** 3/29/2017

JUSTINE FLANAGAN, Acting Clerk of Court

*s/Tina Gray*, **Deputy Clerk**

**Approved:**    *s/J. Phil Gilbert*
                  **J. PHIL GILBERT**
                  **U.S. DISTRICT JUDGE**